IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00803-BNB

TARNELL JONES,

    Plaintiff,

v.

ACJDF/ADAMS COUNTY JAIL,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 10 2011

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

Plaintiff, Tarnell Jones, is an inmate at the Adams County Detention Facility in Brighton, Colorado. Plaintiff initiated this action by filing *pro se* a Complaint, Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, motion titled "Motion to No Payment Fee," and "Motion to be My Own Attorney." In an order filed on April 4, 2011, Magistrate Judge Boyd N. Boland directed Plaintiff to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Plaintiff to file on the proper prisoner forms an amended complaint and an amended motion seeking leave to proceed *in forma pauperis* and also to submit a certified copy of his inmate trust fund account statement in support of the *in forma pauperis* motion as required pursuant to 28 U.S.C. § 1915(a)(2). Plaintiff was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On April 11, 2011, Plaintiff filed on the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

Also on April 11, 2011, Plaintiff filed a motion titled "Motion to TRO," a "Motion to Get Bar Association Help & to Call Off the Motion to be Own Attorney," a letter to the Court directing the Court to obtain a certified copy of his inmate account statement because he has no money for copies (doc. #6), and a copy of an Adams County Detention Facility inmate request form that Plaintiff used to request copies of his complaint that includes a response from a jail official stating Plaintiff has no money for copies (doc. #7).

Plaintiff has failed to cure the deficiencies within the time allowed because he has failed to submit a certified copy of his inmate trust fund account statement in support of his motion seeking leave to proceed *in forma pauperis* as required pursuant to 28 U.S.C. § 1915(a)(2). The fact that Plaintiff's request for copies of his complaint was denied because he has no money does not demonstrate that he cannot obtain a certified copy of his inmate trust fund account statement as directed, and it is not the Court's responsibility to obtain a certified copy of Plaintiff's inmate trust fund account statement for him. Therefore, the action will be dismissed without prejudice for failure to cure all of the deficiencies. Accordingly, it is

ORDERED that the complaint, the amended complaint, and the action are dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Plaintiff failed to cure all of the deficiencies as directed. It is

FURTHER ORDERED that the pending motions are denied as moot.

DATED at Denver, Colorado, this __10th__ day of ____May____, 2011.

BY THE COURT:

    __s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-00803-BNB

Tarnell Jones
Reg. No. 10-3386
Adams County Detention Facility
PO Box 5001
Brighton, CO 80601

  I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on May 10, 2011.

               GREGORY C. LANGHAM, CLERK

               By: _____
                   Deputy Clerk